

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00659-CR

**EX PARTE** Daniel Ayala **URIBE**

From the County Court, Kinney County, Texas
Trial Court No. 13298CR
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE RODRIGUEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we **DISMISS** Daniel Ayala Uribe's appeal.

SIGNED November 27, 2024.

_____
Liza A. Rodriguez, Justice